# United States District Court

__Southern__ DISTRICT OF __Georgia__

UNITED STATES OF AMERICA

v.

JEFFREY SPONSELLER

WAIVER OF INDICTMENT

CASE NUMBER: **CR 113 034**

I, __JEFFREY SPONSELLER__, the above named defendant, who is accused of violating 18 U.S.C. § 287, False Claims, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on _____ prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer